**FILED**
February 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Yvette Lujan_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL NO. P-22-CR-427 |
| LITSSON ANTONIO PEREZ-GALLAN, | ) ) ) |
| Defendant. | ) |

### APPLICATION FOR ISSUANCE OF ORDER FOR
### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings instanter, that the Defendant, LITSSON ANTONIO PEREZ-GALLAN, is incarcerated and is now in the custody of the South Florida Reception Center, South Unit, Doral, Florida 33178-3014.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the South Florida Reception Center, South Unit, Doral, Florida 33178-3014.

. Commanding him to surrender said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Pecos, Texas, instanter for the purpose of said proceedings, and any further proceedings to be had in this cause.

                                           **MARGARET F. LEACHMAN**
                                           **Acting United States Attorney**

By: _____
                                           Amy Greenbaum
                                           Assistant United States Attorney